Dorie Benesh Refling
Jessica Penkal Hodges
Benjamin L. Refling
REFLING HODGES LAW GROUP PLLC
233 Edelweiss Dr, Ste 10A
Bozeman, MT 59718
Tel: (406) 582-9676
Fax: (406) 582-0113
refling@reflinglaw.com
hodges@reflinglaw.com
ben@reflinglaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT OF MONTANA,
BUTTE DIVISION

| | |
|---|---|
| MARTEL CONSTRUCTION INC, | Cause No. CV-14-4-BU-SEH |
| Plaintiff, | |
| | NOTICE OF DISMISSAL |
| v. | |
| JMH MONTANA PROPERTY LLC, JOHN HEILY, and DEANNA HEILY, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Martel Construction Inc hereby gives notice the above-captioned action is voluntarily dismissed against the Defendants JMH Montana Property LLC, John Heily, and Deanna Heily. The Defendants have not served an answer or a motion for summary judgment.

\\

DATED this 16th day of April, 2014.

                                      REFLING HODGES LAW GROUP PLLC

                                      /s/ Jessica Penkal Hodges
                                      Jessica Penkal Hodges
                                      233 Edelweiss Drive, Ste 10A
                                      Bozeman, MT 59718
                                      Tel: (406) 582-9676
                                      hodges@reflinglaw.com
                                      Attorneys for Plaintiffs